PETER H. McNULTY, Respondent, *v.* CHARLES URBAN, Appellant.

(Argued December 8, 1893; decided December 22, 1893.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 31, 1892, which dismissed the appeal of the defendant Eliza Urban and affirmed a judgment in favor of the plaintiff against the defendant Charles Urban entered upon a decision of the court on trial at Special Term.

*Howard A. Sperry* for appellant.

*William J. Gaynor* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.